# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICAH BRAY,

    Petitioner,

Case No. 3:12-cv-303

-vs-

District Judge Timothy S. Black
Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional Institution,

    Respondent.

## ORDER

This habeas corpus case is before the Court for initial review upon filing. Upon examination, the Court finds the Petition is not signed. Rule 2(c)(5) of the Rules Governing § 2254 Cases requires that the Petition "be signed under penalty of perjury by the petitioner . . . ." Accordingly, it is hereby ORDERED that Petitioner file an amended petition that is signed and dated as required on page 13 not later than September 28, 2012.

Petitioner also has not paid the $5.00 filing fee or submitted an application to proceed *in forma pauperis*. The Clerk shall furnish Petitioner with the appropriate form and he shall file it or pay the filing fee not later than September 28, 2012.

September 12, 2012.

s/ *Michael R. Merz*
United States Magistrate Judge