# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**MICAH BRAY,**

    Petitioner,

-vs-

**WARDEN, Lebanon Correctional Institution,**

    Respondent.

**CASE NO. 3:12-cv-303**

**Judge Timothy S. Black**
**Magistrate Judge Michael R. Merz**

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 4) of the United States Magistrate Judge is **ADOPTED**; the Petition is **DISMISSED** with prejudice; that, pursuant to 28 U.S.C. § 1915 (a)(3), an appeal of this Order would not be taken in good faith*;* and the case is **TERMINATED** from the docket.

Date: December 12, 2012                                  **JOHN P. HEHMAN, CLERK**

                                                                      By: s/ M. Rogers
                                                                      Deputy Clerk