# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICAH BRAY,

      Petitioner,

   -vs-

WARDEN, Lebanon Correctional Institution,

      Respondent.

Case No. 3:12-cv-303

District Judge Timothy S. Black
Magistrate Judge Michael R. Merz

## ORDER VACATING DECISION AND ENTRY AND RECOMMITTING THIS MATTER TO THE MAGISTRATE JUDGE

Upon proof satisfactory to the Court that Petitioner deposited his Objections (Doc. No. 14) in the prison mail system on January 27, 2013, in time to comply with the Court's extended objection deadline of February 1, 2013, it is hereby ORDERED that the Decision and Entry of January 11, 2013, be VACATED and this matter RECOMMITTED to the Magistrate Judge pursuant to Fed. R. Civ. P. 72(b) for further consideration of the arguments made in the Objections.

February 14, 2013.

                                                    Timothy S. Black
                                                    United States District Judge