UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICAH BRAY, | Case No. 3:12-cv-303 |
| Petitioner, | Judge Timothy S. Black |
| | Magistrate Judge Michael R. Merz |
| vs. | |
| WARDEN, Lebanon Correctional Institution, | |
| Respondent. | |

## DECISION AND ENTRY ADOPTING THE SUPPLEMENTAL REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 16)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on February 19, 2013, submitted a Supplemental Report and Recommendations on Petitioner's Motion for Relief from Judgment. (Doc. 16). Petitioner filed Objections to the Supplemental Report and Recommendations. (Doc. 18).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Supplemental Report and Recommendations should be and is hereby adopted in its entirety; and Petitioner's Objections to the Supplemental Report and

Recommendations are overruled.

Accordingly:

1. The Supplemental Report and Recommendations (Doc. 16) is **ADOPTED**;

2. As previously ordered, the Petition is **DISMISSED WITH PREJUDICE** and a certificate of appealability under 28 U.S.C. § 2253 is **DENIED**; and

3. This case remains **CLOSED** on the docket of this Court.

**IT IS SO ORDERED**.

Date: 4/23/13

*Timothy S. Black*
Timothy S. Black
United States District Judge